JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYHAN VERGUN, ESTEBAN TORIBIO, JORGE CASIQUE & GLORIA RAMOS, as Guardian ad Litem for ANGEL DE LUNA, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH, POLICE OFFICER KAREN DOUGHERTY, Serial No. 5946, POLICE OFFICER G. ROBERTS, Serial No. 5453, POLICE OFFICER D. STRONG, Serial No. 5837, POLICE OFFICER T. REDSHAW, Serial No. 6278, POLICE OFFICER H. SMITH, Serial No. 5833, and DOES 1 through 10, inclusive, et al.<br><br>Defendants. | Case No.:  CV07 - 00289 SJO (RCx)<br><br>**JUDGMENT FOLLOWING JURY VERDICT**<br><br>Hon. S. JAMES OTERO<br><br>Trial Date:      February 5, 2008 |

PLEASE TAKE NOTICE that on February 5, 2008, in the above entitled court, the Honorable S. James Otero presiding, the above-captioned matter was tried before a jury.  On February 12, 2008, the jury returned verdicts in favor of Defendants, CITY OF LONG BEACH, a municipal corporation, KAREN DOUGHERTY, GREG ROBERTS, DAVID STRONG, AND TIM REDSHAW and against Plaintiffs, and each of them, SEYHAN VERGUN, ESTEBAN TORIBIO, JORGE CASIQUE & GLORIA RAMOS, as Guardian ad Litem for ANGEL DE LUNA, a Minor.

1  Following the jury's verdict, and good cause appearing, the court now
2  orders Judgment upon the verdict in favor of CITY OF LONG BEACH, a municipal
3  corporation, KAREN DOUGHERTY, GREG ROBERTS, DAVID STRONG, AND
4  TIM REDSHAW be entered and further orders an award of costs of suit following
5  timely filing of a Bill of Costs.

7  DATED:  3/31/08                                     /S/   S. James Otero

                                                       _____
9                                                      S. JAMES OTERO
10                                                     United States District Judge